UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,      Case No. 14-20425

v.                                Judith E. Levy
                                  United States District Judge

Christopher Pierce,

               Defendant.

_____/

## ORDER DENYING DEFENDANT CHRISTOPHER PIERCE'S MOTION FOR COMPASSIONATE RELEASE [504]

On December 8, 2020, Defendant Christopher Pierce filed a motion requesting compassionate release through 18 U.S.C. § 3582(c)(1)(A) in light of his underlying health conditions and the danger posed to him in custody from the COVID-19 pandemic. (ECF No. 504.)

On December 22, 2020, the Court held a hearing on Defendant's motion through audio-visual technology. For the reasons set forth on the record, Defendant's motion is DENIED.

      IT IS SO ORDERED.

Dated: December 22, 2020        s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY

          United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2020.

          s/William Barkholz
          WILLIAM BARKHOLZ
          Case Manager